1  MICHAEL K. BROWN, /CA SB # 106975
   KATHERINE F. WENGER, /CA SB # 223045
2  BROWN, GEE & WENGER LLP
   200 Pringle Ave., Suite 400
3  Walnut Creek, CA  94596
   Telephone:     (925) 943-5000
4  Facsimile:      (925) 933-2100
   mbrown@bgwcounsel.com
5  kwenger@bgwcounsel.com

6  Attorneys for Defendant and Judgment Creditor UDO ERASMUS

**FILED**
CLERK, U.S. DISTRICT COURT

SEPT 27, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10 CALIFORNIA DHI, INC.,                    **CASE NO.:  2:11-CV-09952-ABC-(ASx)**

11        Plaintiff,

                                           **[~~PROPOSED~~] ORDER GRANTING**
12        v.                               **REQUEST FOR DISMISSAL**

13 UDO ERASMUS, an individual

14        Defendant.

15

16        Pursuant to the stipulation submitted by Defendant Udo Erasmus reflecting that the

17 Judgment in his favor has been fully satisfied, the Court hereby dismisses this matter.

18 DATED: Sept. 26, 2017

19

20                              By: _____
                                    JUDGE OF THE DISTRICT COURT
21

22

23

24

25

26

27

28

                                                                              1